

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2014

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellee's brief was due September 12, 2014. On September 12, 2014, appellee filed an unopposed motion to extend time to file its brief and a request to include two exhibits from appellate cause number 04-14-00012-CV in this appellate cause number. As to the extension, appellee asked for an additional twenty-one days to file the record from the date a supplement clerk's record is filed. Appellee contends the record is incomplete and it has requested additional documents to be included in the clerk's record and that such filing is imminent. We granted appellee's motion for extension of time and ordered appellee to file its appellate brief twenty-one days after the date the supplemental clerk's record is filed. We also ordered the district clerk to file the requested supplemental record.

As to the missing exhibits, we denied appellee's the request to incorporate the exhibits from cause number 04-14-00012-CV into the current cause number. Rather, we ordered the court reporter to file a supplemental reporter's record including complete versions of defendant's exhibits 8 and 9 from the sanctions hearing. We noted that contrary to the reporter's index of exhibits, exhibits 8 and 9 were offered into evidence without opposition and are cited to by the trial court in the judgment and order of sanctions. We ordered the court reporter to file the complete exhibits described above in this court.

On September 11, 2014, the supplemental clerk's record was filed. On September 26, 2014, a supplemental reporter's record was filed containing a supplement to exhibit 9. This court queried the court reporter to determine if the record was now complete with regard to exhibits 8 and 9. On October 8, 2014, the court reporter filed a letter in this court advising that exhibit 9 is now complete and that exhibit 8 "is complete as presented to me on the day they were marked." Accordingly, it now appears the appellate record is complete with regard to appellee's requests.

We therefore **ORDER** appellee to file its appellee's brief in this court on or before **October 30, 2014**.

We **order** the clerk of this court to serve a copy of this order on appellant, all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court